**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**


JAMES LAWSON
ADC #110084                                                                                          PLAINTIFF

V.                                              4:05CV00879 SWW/JTR

MATT MEANS, Sergeant,
El Dorado Police Department, et al.                                                   DEFENDANTS


## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this § 1983 action is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants. Dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g). Further, the Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith

Dated this 5th day of July, 2005.


/s/Susan Webber Wright

CHIEF JUDGE

UNITED STATES DISTRICT COURT